**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**CLARK & LEWIS CO., Respondent.**

No. 17963.

United States Court of Appeals Fifth Circuit.

Feb. 17, 1960.

———◆———

Richard J. Scupi, Atty., Thomas J. McDermott, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Stuart Rothman, Gen. Counsel, N.L.R.B., Washington, D. C., Frederick U. Reel, Atty., N.L.R.B., Washington, D. C., for petitioner.

Robert C. Lane, Miami, Fla., for respondent.

Before RIVES, Chief Judge, and HUTCHESON and TUTTLE, Circuit Judges.

PER CURIAM.

Substantial evidence supports the Board's finding that respondent interfered with, restrained, and coerced its employees in the exercise of their rights under Section 7 of the National Labor

Relations Act, 29 U.S.C.A. § 157 thereby violating Section 8(a) (1) of said Act, 29 U.S.C.A. § 158(a) (1). The Board properly concluded that respondent failed to bargain in good faith with the duly certified Union, thereby violating Section 8(a) (5) and (1) of said Act. Brooks v. N.L.R.B., 1954, 348 U.S. 96, 75 S.Ct. 176, 99 L.Ed. 125; N.L.R.B. v. Sanson Hosiery Mills, 5 Cir., 1952, 195 F.2d 350. The Board's order is therefore

Enforced.